IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JILL BONG,                                                          No. 6:25-cv-01245-MC

       Plaintiff,                                               **JUDGMENT**

       v.

TRACY ICKES WHITE, *an individual,*
*et al.*,

       Defendants.

_____

**MCSHANE, Judge**:

     Based on the record, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

     DATED this <u>4th</u> day of August 2025.


                               <u>/s/ Michael McShane</u>
                                 **Michael J. McShane**
                             **United States District Judge**